UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NICKLOS ROSENBLOOM, CIVIL NO. 01-1392 (DSD/JMM)

Plaintiff,

v. ORDER TO SHOW CAUSE

TCF NATIONAL BANK MINNESOTA,

Defendant.

IT IS HEREBY ORDERED that on October 2, 2001 at 2:00 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, Plaintiff shall personally appear before this Court and show cause, if any there be, why the relief sought in Defendant's Motion for More Definite Statement should not be granted. Plaintiff may file an original and one copy of a written response to said Motion with the Clerk of Court no later than September 21, 2001. A copy of that written response shall be served by mailing it to the attorneys for Defendant.

Dated: September 6, 2001

JOHN M. MASON
United States Magistrate Judge

FILED SEP 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK