UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NICKLOS ROSENBLOOM,

Plaintiff,

v.

TCF NATIONAL BANK MINNESOTA,

Defendant.

CIVIL NO. 01-1392 (DSD/JMM)

ORDER

On September 4, 2001, Defendant filed a Motion for a More Definite Statement [Docket No. 6]. The Court issued an Order to Show Cause, if any there be, why Defendant's Motion should not be granted. [Docket No. 9]. We granted Plaintiff until September 21, 2001 to file a written response, and scheduled a hearing for October 2, 2001. On September 19, 2001, the Court received a facsimile from Plaintiff which we will construe as a Motion for Additional Time.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion for Additional Time is granted. On October 12, 2001 at 2:30 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, Plaintiff shall personally appear before this Court and show cause, if any there be, why the relief sought in Defendant's Motion for a More Definite Statement should not be granted. Plaintiff may file an original and one copy of a written response to Defendant's Motion with the Clerk of Court no later than October 5,

FILED SEP 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2001. A copy of that written response shall be served by mailing it to the attorneys for Defendant.

Dated: September 19, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

Defendant moves for a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, which provides: "If a pleading to which a responsive pleading is permitted is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading, the party may move for a more definite statement before interposing a responsive pleading." Defendant asserts that the description of Plaintiff's case in his pleadings is not clear enough for Defendant to formulate a response. In essence, the Court has ordered Plaintiff to respond to Defendant's assertion in writing (if he chooses) and in person on the dates set forth above.

J.M.M.