**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

NICKLOS ROSENBLOOM,

Plaintiff,

vs.

TCF NATIONAL BANK MINNESOTA,

Defendant.

CIVIL NO: 01-1392 (DJD/JMM)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

**COMES NOW** Plaintiff Nicklos Rosenbloom, by and through its undersigned counsel, and states that this matter is being voluntarily dismissed, and that a judgment of dismissal without prejudice, and without further costs to any of the parties hereto, may be entered by the Court.

Dated: 9/20, 2001

**EASTLUND, SOLSTAD, CADE & HUTCHINSON, LTD.**

Sharon H. Ysebaert

Sharon Herland Ysebaert # 172728
Heather L.L. Koering #30394X
4200 County Road 42 West
Savage MN 55378
(952)894-6400
**ATTORNEY FOR PLAINTIFF**

**ORDER**

**IT IS HEREBY ORDERED** that voluntary dismissal with prejudice, and without further costs to any party, is hereby **GRANTED**.

Dated: September 24, 2001.

**BY THE COURT**

Judge of District Court

FILED 9-25-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______